# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DISNEY ENTERPRISES, INC.,**
et al.,

    **Plaintiffs,**

v.                               Case No. 8:09-cv-2591-T-30EAJ

**GARY CLARK doing business as
CCA Enterprises also known as
www.ccamoonwalks.com,**

    **Defendant.**
_____/

## PERMANENT INJUNCTION AND FINAL ORDER
## AGAINST GARY CLARK D/B/A CCA MOONWALKS

Upon consideration of the Settlement Agreement and Consent to Permanent Injunction (Dkt. #5), and this Court being fully aware of the premises, the Court makes the following findings of fact and conclusions of law:

    1.     This Court has jurisdiction over the Plaintiffs and Defendant, Gary Clark, d/b/a CCA Enterprises a/k/a www.ccamoonwalks.com (hereinafter "CCA Moonwalks") and the Subject Matter of this action.

    2.     The Plaintiffs are the owners of the distinctive trademarks and copyrights identified by the index of registrations attached as Exhibit A to the Complaint and hereinafter referred to as the "Trademarks and Copyrighted Properties". The registrations are valid and subsisting and are conclusive proof of the Plaintiff's rights to the Trademarks and

Copyrighted Properties, and are indexed to this Permanent Injunction and Final Order as Exhibit A.

3. The Plaintiffs brought this action against CCA Moonwalks alleging claims of trademark infringement, copyright infringement, and unfair competition.

4. The Plaintiffs' action arose out of the CCA Moonwalks willful, and intentional infringement of the Trademarks and Copyrighted Properties through CCA Moonwalks' manufacture, sale, offer for sale, advertisement, promotion, marketing, display, or distribution of moonwalks bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Trademarks and Copyrighted Properties, or being a design that was of a substantially similar appearance to the Trademarks and Copyrighted Properties.

5. CCA Moonwalks has never been authorized by the Plaintiffs to manufacture, sell, offer for sale, advertise, promote, market, display, or distribute moonwalks bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Trademarks and Copyrighted Properties, or bearing any design that is of a substantially similar appearance to the Trademarks and Copyrighted Properties.

6. CCA Moonwalks admits that they have wilfully and intentionally infringed upon the Trademarks and Copyrighted Properties by manufacturing, selling, offering for sale, advertising, promotion, marketing, displaying, or distributing moonwalks bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations if the

Trademarks and Copyrighted Properties, or bearing a design that was of a substantially similar appearance to the Trademarks and Copyrighted Properties.

7. The Plaintiffs are suffering and have suffered irreparable injury as a result of CCA Moonwalks' manufacture, distribution, sale, advertisement, promotion, marketing, or offer for sale of moonwalks bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Trademarks and Copyrighted Properties, or bearing a design that is of a substantially similar appearance to the Trademarks and Copyrighted Properties. The Plaintiffs will continue to suffer irreparable harm and injury should this Court not issue a permanent injunction.

8. CCA Moonwalks has stipulated and agreed to entry of a permanent injunction forever enjoining them from manufacturing, selling, offering for sale, advertising, promoting, marketing, distributing, or making any commercial exploitation of any kind of moonwalks bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Trademarks and Copyrighted Properties, or bearing a design that is of a substantially similar appearance to the Trademarks and Copyrighted Properties.

In view of the foregoing:

IT IS ORDERED AND ADJUDGED that a Permanent Injunction is entered as to CCA Moonwalks, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining CCA Moonwalks, their agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise:

a. From manufacturing, procuring, distributing, shipping, retailing, selling, offering for sale, marketing, advertising, or trafficking in any moonwalks, not authorized by the Plaintiffs and bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of the Trademarks and Copyrighted Properties, or bearing a design that is of a substantially similar appearance to the Trademarks and Copyrighted Properties listed on Exhibit A to this Order;

b. From passing off, inducing, or enabling others to sell or pass off as authentic products produced by the Plaintiffs or otherwise authorized by the Plaintiffs, any product not manufactured by the Plaintiffs or produced under the control or supervision of the Plaintiffs and approved by the Plaintiffs, which uses any of the Trademarks and Copyrighted Properties listed on Exhibit A to this Order;

c. From committing any act calculated to cause purchasers to believe that products from CCA Moonwalks are those sold under the control and supervision of the Plaintiffs, or are sponsored, approved, or guaranteed by the Plaintiffs, or are connected with and produced under the control or supervision of the Plaintiffs;

d. From further diluting and infringing the Trademarks and Copyrighted Properties and damaging their goodwill; and

e. From causing, aiding, or abetting any other person from doing any act proscribed under a. through d. above.

It is further ORDERED and ADJUDGED

That Final Judgment is awarded in favor of the Plaintiffs, Disney Enterprises, Inc., and Hanna-Barbera Productions, Inc., and against Gary Clark d/b/a CCA Moonwalks in the amount of Fifty Four Thousand Dollars ($54,000.00).

It is further ORDERED and ADJUDGED

That the Clerk is directed to enter a Final Judgment consistent with the above Order and that execution may thereafter issue on said Final Judgment.

It is further ORDERED and ADJUDGED

That the parties waive appeal of this Permanent Injunction and Final Order.

It is further ORDERED and ADJUDGED

That each party to this Permanent Injunction and Final Order shall bear its own attorneys' fees and costs of this action.

It is further ORDERED and ADJUDGED

Any other pending motions are denied as moot. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 1, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Attachments:**
**Exhibit "A"**

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2591.perm inj.frm